UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )        Docket No. 2:19-mj-00180-jmc
                                    )
HAMZA SHARIFSHOBLE,                 )
        Defendant.                  )

MOTION FOR DETENTION

The United States of America, by and through its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility for Detention.  This defendant is eligible for detention because the case involves an offense under the Controlled Substance Act for which a maximum term of imprisonment of ten years or more is prescribed.  *See* 18 U.S.C. § 3142(f)(1)(C).

2. Reason For Detention.  The Court should detain the defendant because there are no conditions of release that will reasonably assure the safety of the community.

3. Rebuttable Presumption.  At this time, the United States will not invoke the rebuttable presumption against defendant under § 3142(e).

4. Other Matters. Most recently, on October 15, 2019, Sharifshoble sold approximately 15 grams of suspected methamphetamine to a Confidential Informant in Burlington, Vermont. This suspected methamphetamine field tested positive. In addition, law enforcement obtained and executed a search warrant on Sharifshoble's apartment in South Burlington. During that search, law enforcement seized 7 grams of methamphetamine, 2 grams of cocaine base, 2 grams of heroin, all of which field tested positive. In addition, in the same room as the above-described

illegal narcotics, law enforcement located a scale, a blender with suspected drug residue, cutting agents, and small baggies typically used for packaging narcotics – all of which are indicative of illegal drug trafficking by Sharifshoble.

In addition to the incident giving rise to the charge against Sharifshoble, he has had a number of interactions with law enforcement in Maine dating back to 2018, including additional drug trafficking and a violation of his conditions of release. Most importantly for this analysis, Sharifshoble sold the 15 grams of methamphetamine in Burlington, Vermont on October 15, 2019 while on a one year term of probation arising out of his guilty plea to drug charges in Maine earlier in 2019.

Moreover, in addition to the charged drug distribution and as detailed in the affidavit for the search of Sharifshoble's apartment, law enforcement in Vermont has identified Sharifshoble as having participated in several other significant methamphetamine transactions in 2019.

The severity of the crime for which Sharifshoble is charged, the other evidence of his involvement in illegal drug trafficking, his previous interactions with law enforcement, and his decision to continue to distribute methamphetamine while on probation demonstrate that there is no set of conditions of release that will reasonably assure the safety of the community.

5. <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing after the pretrial services officer has had sufficient time to complete a bail report.

Dated at Burlington, in the District of Vermont, this 17th day of October, 2019.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By:    */s/ Nikolas P. Kerest*
NIKOLAS P. KEREST
Assistant United States Attorney
11 Elmwood Avenue
Burlington, VT 05401
(802) 951-6725
nikolas.kerest@usdoj.gov